Kenneth Dale KLYM, Petitioner–Appellant,

v.

Eldon VAIL, et al.; Respondent–Appellee.

No. 10–35374.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 9, 2011.

Filed June 15, 2011.

Matthew Campbell, Assistant Federal Public Defender, Federal Public Defender's Office, Spokane, WA, for Petitioner–Appellant.

Kenneth Dale Klym, Connell, WA, pro se.

Donna Hoagland Mullen, Esquire, Assistant Attorney General, Office of the Washington Attorney General, Olympia, WA, for Respondent–Appellee.

Before: REINHARDT, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM *

Washington inmate Kenneth Klym appeals the district court's denial of his 28 U.S.C. § 2254 habeas corpus petition challenging his conviction and sentence for

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

stalking and first-degree assault. The state appeals court's affirmance of the trial court's denial of his *pro se* motion for access to a law library did not unreasonably deny his clearly established federal rights, as determined by the Supreme Court, to self-representation, *see Kane v. Garcia Espitia,* 546 U.S. 9, 10, 126 S.Ct. 407, 163 L.Ed.2d 10 (2005), or to meaningful access to the courts, *see Lewis v. Casey,* 518 U.S. 343, 351, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996). Accordingly, the district court did not err in denying habeas relief.

**AFFIRMED.**

*** This disposition is not appropriate for publication and except as provided by 9th Cir. R. 36-3.